IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JORGE MIGUEL JUAN, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> PAMELA BONDI et al., § <br> § <br> Respondents. § | CAUSE NO. EP-26-CV-454-KC |

### ORDER

On this day, the Court considered Jorge Miguel Juan's Petition for a Writ of Habeas Corpus, ECF No. 1. Juan is detained at the El Paso Service Processing Center in El Paso, Texas. *Id.* ¶ 1. He argues that his detention is unlawful on constitutional grounds and asks the Court to order his release or a bond hearing. *Id.* ¶¶ 11–12, 50–139. The Court ordered Respondents to show cause why the application for a writ of habeas corpus should not be granted. Feb. 18, 2026, Order 2, ECF No. 2.

Respondents now state that Juan received a bond hearing before an immigration judge and that bond was denied due to flight risk on September 5, 2025. Resp. 4, ECF No. 3; *see also* Resp. Ex. C ("IJ Order") 1, ECF No. 3-3. Juan's constitutional claim rests upon his continued detention without an individualized custody determination. *See* Pet. ¶ 56. If he has received an individualized custody determination, this Court cannot sit in review of the IJ's decision. *See Lopez-Arevelo v. Ripa*, 801 F. Supp. 3d 668, 678–79 (W.D. Tex. 2025) (citing 8 U.S.C. § 1226(e)).

Accordingly, the Court **ORDERS** that Juan **FILE** a reply addressing the significance of the September 5 bond proceeding for this Petition, **by no later than March 5, 2026**.

**SO ORDERED**.

**SIGNED this 26th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE